**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                     **CASE NO. 1:08CR13-SPM/AK**

**MICHAEL ANTHONY SHEPPARD,**

     **Defendant.**

_____/

## ORDER

This cause came before the Court on this date for a hearing on Defendant's motion for bond.  Doc. 16.  Having heard the argument of counsel and considered the matter, the Court finds that based on Defendant's lengthy criminal history, the number and kinds of firearms recovered from his apartment, and the lengthy prison sentence he now faces, he is a danger to the community and a flight risk, and there is no condition or combination of conditions which will assure the safety of the community or Defendant's appearance for sentencing.  The motion for bond is therefore **DENIED**.

     **DONE AND ORDERED** this _**18th**_____ day of July, 2008.

                                              *s/ A. KORNBLUM*  
                                              **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**