IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 1:08cr13-SPM

MICHAEL ANTHONY SHEPPARD,
LENWORTH SEYMOUR BURRICKS,
 a/k/a Leo,
 a/k/a Jungla,
FREDERICK A. FORBES,
 a/k/a Pico,
 and
ANDRE CAREY WALKER,
 a/k/a Junior,

       Defendants.
_____/

## ORDER OF DISMISSAL

Upon consideration of the Government's Motion for Leave to Dismiss (doc. 79), it is hereby

ORDERED AND ADJUDGED:

1. The motion (doc. 79) is granted.

2. The indictment is dismissed without prejudice.

3. The U.S. Marshal shall release Defendants from federal custody.

DONE AND ORDERED this 27th day of January, 2009.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge